UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

RUOYU OUYANG,

        Plaintiff,

    v.

DANIELLE LEHMAN,

        Defendant.

Case No. 25-cv-02719-HSG

**ORDER GRANTING STIPULATION TO STAY PROCEEDINGS**

Re: Dkt. No. 8

The Court **GRANTS** the parties' request that the proceedings in this case be stayed until November 13, 2025, Dkt. No. 8.  At that time, the parties may request a further continuance of the stay of proceedings, dismissal of the litigation if appropriate, or placement of the case back on the Court's active docket.  The Court further **DIRECTS** the parties to file a joint status report by August 7, 2025.

**IT IS SO ORDERED.**

Dated: 5/12/2025

_____
HAYWOOD S. GILLIAM, JR.
United States District Judge